No. 1629.  KOTAKES v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 1633.  VILLAGE OF CHICAGO RIDGE v. GARDNER. Sup. Ct. Ill.  Certiorari denied.

No. 1636.  BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS ET AL. v. RAILWAY EXPRESS AGENCY, INC.  C. A. 5th Cir.  Certiorari denied.

No. 1639.  TUCKER v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 1642.  KARGER v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 1644.  MILNE v. VERMONT.  Sup. Ct. Vt.  Certiorari denied.

No. 1648.  RAGSDALE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 1653.  HAYES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 1668.  AMERICAN BEEF PACKERS, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 10th Cir.  Certiorari denied.

No. 1673.  WEBB v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 1676.  GAMBOCZ v. ELLMYER ET AL.  C. A. 3d Cir. Certiorari denied.

No. 6611.  TARALLO, AKA TARO v. LaVALLEE, WARDEN. C. A. 2d Cir.  Certiorari denied.